App. Div.]                    First Department, May, 1906.

Henry Milbaur, Respondent, v. Oscar L. Richard and Others, Impleaded with Michael Larkin and James J. Larkin, Appellants.— Judgment and order affirmed, with costs. No opinion. (McLaughlin, J., dissenting.) Order filed.

Laura E. Mertens, as Administratrix, etc., of Robert E. Mertens, Deceased, Respondent, v. Frederick W. Mertens, Jr., Individually and as Sole Surviving Partner of the Firm of F. W. Mertens & Sons, and as Sole Executor, etc., of Frederick W. Mertens, Deceased, Appellant Impleaded with Robert E. Mertens, an Infant under the Age of Fourteen, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Mary H. C. Beste, as Administratrix, etc., of Nancy H. Cutting, Deceased, Appellant, v. Annie T. Cutting, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Samuel Parker Bremer and Others, as Testamentary Trustees under the Last Will and Testament of John L. Bremer, Deceased, Respondents, v. The Manhattan Railway Company and The Metropolitan Elevated Railway Company, Appellants.— Judgment affirmed, with costs. No opinion. Order filed.

Jacob Bernstein, Respondent, v. John J. Kinneally, as Treasurer of the Socialist Labor Party and Alfred C. Kihn, Appellants.— Judgment and order affirmed, with costs. No opinion. (O'Brien, P. J., and Clarke, J., dissenting.) Order filed.

Lizzie Flanagan, Respondent, v. Carrie Jenks Webb, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

John A. Campbell and Others, Doing Business as Campbell Horse Company, Appellants, v. James Emslie, Respondent.— Judgment and order affirmed. No opinion. (Patterson, J., dissenting.) Order filed.

Minna Leszczynski, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Edward Knopf, Respondent, v. Interurban Street Railway Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

Bauduin Sagehomme, Respondent, v. Paul B. Pugh & Company, Appellant. — Judgment affirmed, with costs. No opinion. Order filed.

Henry Kessel, Appellant, v. James Talcott, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Louis Bauer, Respondent, v. Henrietta M. Parker, as Executrix, etc., of John L. Macaulay, Deceased, and Others, Impleaded with Euphemia A. Hawes as Executrix, etc., of Granville P. Hawes, Deceased, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Sidney C. Chambers, Respondent, v. George B. Boyd as Executor, etc., of Mary J. Quackenbush, Appellant.— Order affirmed, with costs. No opinion. Order filed.

Junius H. Stone, Respondent, v. Rochester Herald Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. John H. Inman, Appellant, v. Frank A. O'Donnel and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. F. V. Smith Contracting Company, Appellant, v. Herman A. Metz, as Comptroller of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The Watterson Steam Heating Company, Respondent, v. Mitchell L. Erlanger, as Sheriff of the County of New York, Impleaded with Andrew P Morison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Charles W. Foster, Respondent, v. Harry F. Curtis and Arthur B. Sederquist, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

James Hausen, Appellant, v. Ira D. Warren and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Marcus Witmark and Others, Respondents, v. J. B. Sparrow Theatrical and Amusement Company, Limited, of Canada, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Mary Smith and Others, Respondents, v. Michael Ryan and Thomas Lenane, as Executors and Trustees of the Last Will and Testament of Mary M. Flynn, and